Kenneth M. Gutsch, ABA 8811186
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: kgutsch@richmondquinn.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIEL E. PERKINS and LaQUENTA R. CAMERON, <br><br>Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware corporation, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:10-CV-00016-HRH |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW plaintiff and defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

The undersigned counsel certify that the settlement information required under AS 09.68.130 will be submitted to the Alaska Judicial Council.

Law Office of Benjamin Whipple
Attorney for Plaintiff

DATED: 11/24/10     By: _____
                        Benjamin I. Whipple
                        ABA No. 9311096


RICHMOND & QUINN
Attorneys for Defendant

DATED: 11-19-10     By: _____
                        Kenneth M. Gutsch
                        ABA No. 8811186

2245.019\Pld\Stip for Dismissal w/Prejudice

STIPULATION FOR DISMISSAL WITH PREJUDICE
Perkins v. Wal-Mart Stores, Inc. Case No. 3:10-cv-0016-HRH
Page 2 of 2

Kenneth M. Gutsch, ABA 8811186
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: kgutsch@richmondquinn.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DANIEL E. PERKINS and<br>LaQUENTA R. CAMERON,<br><br>    Plaintiffs,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br>a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:10-CV-00016-HRH<br>)<br>) |

### ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW the court and grants the parties stipulation for dismissal with prejudice. This case is dismissed with prejudice, with each party to bear their own costs and fees.

DATE: _____    _____
Honorable H. Russel Holland
USDC Judge

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on the 19th day of November, 2010, a copy of the foregoing was served via mail on the following:

Benjamin I. Whipple
1150 S. Colony Ave.
Palmer, AK 99645

*Susan Winton*
RICHMOND & QUINN
2245\019\PLD\Order granting stip for dismissal w/prejudice

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953