IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DANIEL E. PERKINS and LAQUENTA R. CAMERON,

        Plaintiffs,

vs.

WAL-MART STORES, INC.,

        Defendant.

No. 3:10-cv-0016-HRH

O R D E R

Case Dismissed

COMES NOW the court and grants the parties' stipulation for dismissal with prejudice.[1] This case is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this 1st day of December, 2010.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 26.